

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2015

No. 04-15-00127-CV

**EL CABALLERO RANCH, INC,** et al,
Appellant

v.

**GRACE RIVER RANCH, L.L.C**.,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

After due consideration of appellee's response to appellants' "Motion for Emergency Stay of Temporary Injunction Challenged in Interlocutory Appeal," the court's March 12, 2015 order staying enforcement of the injunctive relief granted in the trial court's "Partial Summary Judgment" order signed on March 3, 2015 will remain in effect pending resolution of the appeal or further order of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court